UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED
JUN 24 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Nicole Williams  
_____  
_____  
Name of plaintiff (s)

v.

K-Va-T Food Stores/Food City  
_____  
Name of defendant (s)

Case No. 1:22-cv-168 Collier/Lee  
(to be assigned by Clerk)

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Title VII, I was paid less wages because of my race.

2. Plaintiff, Nicole Williams resides at 888 Portside Place, Chattanooga

street address — city

Hamilton, TN, 37402, 704-689-0479.
county — state — zip code — telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, K-Va-T Food Stores/Food City es at, or its business is located at
3901 Dayton Blvd, Red Bank,
street address                                          city
Hamilton, TN, 37415.
county              state       zip code

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

EEOC charge No 490-2021-02226 issued by US EEOC a right to sue on 5/20/22.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. Back pay for 1 year that the EEOC allows plus the 8 months period from actually filing a complaint until employment departure.
b. The 20 month period is equal to 2107.50 hrs.
c. The pay difference is $6.79 per hour = $14,309.9(?)
d. I would also like additional monies for pain and suffering.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____24th_____ day of _____June_____, 20 22.

_____Dr Nicole Williams_____

Signature of plaintiff (s)

3