UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

NICOLE WILLIAMS,            )
                            )
    Plaintiff,              )
                            )   No. 1:22-CV-168
v.                          )
                            )   Judge Curtis L. Collier
FOOD CITY,                  )
                            )
    Defendant.              )

## JUDGMENT ORDER

Before the Court is a motion by Plaintiff, Nicole Williams, to dismiss the case.[1] (Doc. 6.) The motion consists of the handwritten statement "I am filing this motion to dismiss this case" superimposed on a copy of the Court's June 2022 Order Governing Motions to Dismiss. (*Id.*) The motion bears Plaintiff's signature and a date of July 12, 2022. (*Id.*) No other party has yet appeared in the action.

A plaintiff may generally dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Such a dismissal is without prejudice unless the notice states otherwise or the plaintiff has "previously dismissed any federal- or state-court action based on or including the same claim." *Id.* 41(a)(1)(B). The Court has no information on whether any previous dismissals have been made.

---

[1] Plaintiff is representing herself in this lawsuit. Filings by *pro se* litigants are liberally construed and "must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus,* 551 U.S. 89, 94 (2007) (quoting *Estelle v. Gamble,* 429 U.S. 97, 106 (1976)).

Plaintiff has the right to dismiss her action under Rule 41(a)(1)(A). The Court therefore **GRANTS** Plaintiff's motion (Doc. 6). Plaintiff's complaint is **DISMISSED**. The dismissal is with prejudice if Plaintiff has "previously dismissed any federal- or state-court action based on or including the same claim" as her present complaint, and without prejudice if not. *See* Fed. R. Civ. P. 41(a)(1)(B).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ *LeAnna Wilson*
CLERK OF COURT